IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ENDURACARE THERAPY MANAGEMENT, INC.,**

**Plaintiff,**

v.

**SOUTHERN ILLINOIS MEDICAL BUILDING AND HOME ASSOCIATION INC.,**

**Defendant.**                                                         No. 07-0017-DRH

## MEMORANDUM and ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's July 19, 2007 motion for partial summary judgment against Defendant Southern Medical Building and Home Association, Inc. (Doc. 17). Specifically, Plaintiff moves for partial summary judgment on Counts One, Two and Three of its complaint. On July 26, 2007, Defendant filed a pleading stating "it will not be filing a response to Plaintiff's Motion for Partial Summary Judgment for the reason that the Defendant corporation has begun dissolution proceedings and will be making prorated payments to all of its creditors including the Plaintiff..." (Doc. 19). Thus, the Court **GRANTS** Plaintiff's motion for partial summary judgment against Defendant Southern Medical Building and Home Association, Inc. (Doc. 17). The Court **DIRECTS** the Clerk of the Court to enter judgment in favor of Plaintiff Endureacare Therapy Management, Inc. and

against Southern Medical Building and Association, Inc. on Counts One, Two and Three of Plaintiff's complaint at the close of the case. Counts Four and Five remain pending.

      **IT IS SO ORDERED.**

      Signed this 30th day of July, 2007.

      /s/     David   RHerndon
      **United States District Judge**