IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ENDURACARE THERAPY
MANAGEMENT, INC.,

Plaintiff,

v.

SOUTHERN MEDICAL BUILDING
AND HOME ASSOCIATION, INC.,

Defendant.                                                No. 07-0017-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is the parties August 1, 2007 stipulation of partial dismissal without prejudice (Doc. 21). Specifically, the parties stipulate to dismiss without prejudice Counts 4 and 5 of Plaintiff's complaint. The Court **ACKNOWLEDGES** the stipulation and **DISMISSES without prejudice** Counts 4 & 5 of Plaintiff's complaint. On July 30, 2007, the Court granted Plaintiff's motion for partial summary judgment on Counts 1, 2 & 3 (Doc. 20). Because all matters in this case have been resolved, the Court closes the file.

**IT IS SO ORDERED.**

Signed this 2nd day of August, 2007.

/s/      David   RHerndon
**United States District Judge**