IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ENDURACARE THERAPY
MANAGEMENT, INC.,**

**Plaintiff,**

v.

**SOUTHERN MEDICAL BUILDING
AND HOME ASSOCIATION, INC.,**

**Defendant.**                                                                 No. 07-0017-DRH

**ORDER**

**HERNDON, District Judge:**

      Now before the Court is the parties August 9, 2007 amended stipulation of partial dismissal with prejudice (Doc. 23). Specifically, the parties stipulate to dismiss with prejudice Counts 4 and 5 of Plaintiff's complaint. The Court **ACKNOWLEDGES** the stipulation and **DISMISSES with prejudice** Counts 4 & 5 of Plaintiff's complaint. On July 30, 2007, the Court granted Plaintiff's motion for partial summary judgment on Counts 1, 2 & 3 (Doc. 20). Because all matters in this case have been resolved, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

      **IT IS SO ORDERED.**

      Signed this 10th day of August, 2007.

                                                    /s/      David  RHerndon
                                                      **United States District Judge**