# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ENDURACARE THERAPY**
**MANAGEMENT, INC.,**

    **Plaintiff,**

v.                                             **CIVIL ACTION NO. 07-CV-017 DRH**

**SOUTHERN MEDICAL BUILDING**
**AND HOME ASSOCIATION, INC.,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Plaintiff's motion for partial summary judgment and a stipulation for dismissal.

**IT IS ORDERED AND ADJUDGED** that the motion for partial summary judgment is **GRANTED.** Judgment is entered in favor of Plaintiff **ENDURACARE THERAPY MANAGEMENT, INC**. and against Defendant **SOUTHERN MEDICAL BUILDING AND ASSOCIATION, INC**. on Counts One, Two and Three of Plaintiff's complaint.

**IT IS FURTHER ORDERED AND ADJUDGED** that Counts Four and Five of Plaintiff's complaint are **DISMISSED with prejudice**.--------------------------------------------------------

                                               **NORBERT G. JAWORSKI, CLERK**

August 14, 2007                                BY:   /s/Patricia Brown
                                                                               Deputy Clerk

APPROVED:  /s/     David   RHerndon
                  **U.S. DISTRICT JUDGE**